Michael J. Gregg (SBN 321765)
Mark W. Skanes (SBN 322072)
**ROSEWALDORF LLP**
100 Oceangate, Suite 300
Long Beach, California 90802
Telephone: (518) 869-9200
Facsimile: (518) 869-3334
Email: mgregg@rosewaldorf.com
mskanes@rosewaldorf.com

Attorneys for Defendant FCA US LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES CHUNG,

Plaintiff,

vs.

FCA US LLC,

Defendant.

Case No.: 2:21-cv-04577

(Removed from Los Angeles County Superior Court, Case No. 21GDCV00508)

**DECLARATION OF MICHAEL J. GREGG IN SUPPORT OF FCA US LLC'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1446**

I, Michael J. Gregg, declare:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and the United States District Court for the Central District of California, and I am a partner with ROSEWALDORF LLP, attorney of record for Defendant FCA US LLC ("FCA US") in this action. I am a member in good standing with the State Bar of California.

2. I have personal knowledge of the following facts, except for those based upon information and belief, which I believe to be true, and if called upon to testify, I

would and could competently testify to their truth and accuracy.

3. This Declaration is submitted in support of FCA US LLC's Notice of Removal to the United States District Court for the Central District of California under 28 U.S.C. §§ 1331, 1441, and 1446.

4. In executing this Declaration, I do not intend, and FCA US has not authorized me, to waive any protections or privileges FCA US may have as to proprietary, trade secret and/or confidential information, or to waive FCA US' attorney-client privilege as to any of its communications or to waive the work product immunity developed in anticipation of or in response to litigation. I intend only to describe certain factual matters that are pertinent to this Declaration.

5. Attached hereto as Exhibit "A" is are true and correct copies of the Summons and Complaint filed by Plaintiff JAMES CHUNG ("Plaintiff") on April 14, 2021.

6. Pursuant to the Service of Process Transmittal, FCA US was first served with the Complaint on May 4, 2021. Attached hereto as Exhibit "B" is a true and correct copy of the Service of Process Transmittal.

7. Attached hereto as Exhibit "C" are true and correct copies of the Civil Case Cover Sheet, the Civil Case Cover Sheet Addendum and Statement of Location, Notice of Case Assignment, an ADR information Package, Voluntary Efficient Litigation Stipulations, Stipulation – Early Organizational Meeting, Stipulation – Discovery Resolution, Stipulation and Order – Motions in Limine, and an Informal Discovery Conference Form.

8. Attached hereto as Exhibit "D" is a true and correct copy of FCA US' Answer to Plaintiff's Complaint with Proof of Service, filed and served on June 3, 2021.

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of June, 2021.

By: /s/Michael J. Gregg
Michael J. Gregg, Esq.